BAGLEY & SEWALL Co., Appellant, *v.* SARANAC RIVER PULP & PAPER
Co., Respondent.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion     Order affirmed, with $10 costs and disbursements.

HUNTER *et al.,* Respondents, *v.* COOPERSTOWN & S. V. R. Co., Appellant.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Judgment and order affirmed, with costs.   See 8 N. Y. Supp.
940, *mem.*

SAVELLE, Appellant, *v.* WAUFEL *et al.,* Respondents.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Order affirmed, with $10 costs and disbursements.

MURRAY, Respondent, *v.* BATTUA, Appellant.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Order affirmed, with $10 costs and disbursements.

HALLENBECK, Appellant, *v.* HALLENBECK *et al.,* Respondents.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Order affirmed, with $10 costs and disbursements.

MILLS, Respondent, *v.* NEW YORK, O. & W. R. Co., Appellant.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Judgment and order affirmed, with costs.

WILLIAMS, Respondent, *v.* NEW YORK, O. & W. R. Co., Appellant.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Judgment and order affirmed, with costs.

EMERSON, Respondent, *v.* NEW YORK, O. & W. R. Co., Appellant.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Judgment and order affirmed, with costs.

BERNSTEIN, Respondent, *v.* GOLDMAN, Appellant.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Judgment of the county court of Oneida county affirmed,
with costs.

WEBB, Respondent, *v.* MORTON, Appellant.
(*Supreme Court, General Term, Fourth Department.* December 6, 1890.)
No opinion.   Judgment of the county court of Onondaga county affirmed,
with costs.